LOCKE LORD BISSELL & LIDDELL LLP
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213.485.1500
Facsimile: 213.485.1200

Jason L. Sanders (SBN: 230245)
jsanders@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 711201
Telephone: 214.740.8000
Facsimile: 214.740.8800

REILLY POZNER LLP
Michael Andrew Rollin (SBN: 251557)
dreilly@litigationcolorado.com
511 16th Street, Suite 700
Denver, Colorado 80202
Telephone: 303.893.6100
Facsimile: 303.893.6110

Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS INC.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST GUARANTY FINANCIAL CORPORATION, a California corporation, <br><br> Defendant. | CASE NO. SACV09-435 AG (MLGx) <br><br> **JUDGMENT** <br><br> Judge: Hon. Andrew Guilford |

This matter came before the Court upon Plaintiff Lehman Brothers Holdings Inc.'s ("LBHI") motion for summary judgment ("Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure. Based upon the submissions of the parties and the Court's file in this matter, the Court **GRANTS** LBHI's Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That LBHI shall have and recover from and against Defendant First Guaranty Financial Corporation ("First Guaranty") the sum of $2,429,201.28 in damages and $287,231.35 in prejudgment interest through May 23, 2011;

2. IT IS FURTHER ORDERED that LBHI shall have and recover from and against First Guaranty the sum of $138,210.68 in attorney fees and $10,965.35 in expenses;

3. IT IS FURTHER ORDERED that post-judgment interest shall accrue on the judgment pursuant to 28 U.S.C. § 1961; and

4. IT IS FURTHER ORDERED that this is the final judgment entered in this matter disposing of all claims asserted by or against all parties, and all relief not expressly granted herein is hereby denied.

IT IS SO ORDERED.

Dated: May 23, 2011

_____
Hon. Andrew Guilford
United States District Judge